# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ALBERT MIKHAYLOVICH BARATOV,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

THOMAS R. KANE, ET AL.,
*Defendant*

CASE NUMBER: **1:17-CV-03775-RMB-JS**

TO: *(Name and address of Defendant):*

John Doe
In his capacity as the
Director of Immigration and
Customs Enforcement Agency.
500 12th St, SW
Washington, D.C. 20536

A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**JAIME KASSELMAN**
(By) DEPUTY CLERK



ISSUED ON 2017-06-08 15:44:12, Clerk
USDC NJD

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) | DATE 7-19-17

NAME OF SERVER (PRINT) Edward Bederman | TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Mailed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-19-17
Date

Signature of Server: Edward Bederman

Address of Server: 911 Gladwyn Rd Warminster, PA 18974

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ALBERT MIKHAYLOVICH BARATOV,
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

THOMAS R. KANE, ET AL.,
*Defendant*

CASE NUMBER: 1:17–CV–03775–RMB–JS

TO: *(Name and address of Defendant):*

Rand Beers
Acting Director of the
Department of Homeland Security

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

JAIME KASSELMAN
(By) DEPUTY CLERK

ISSUED ON 2017–06–08 15:44:12, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7-19-17 |
| NAME OF SERVER (PRINT) Edward Bederman | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-19-17
Date

Signature of Server: Edward Bederman

Address of Server: 911 Gladwyn Rd Warminster, PA 18974

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ALBERT MIKHAYLOVICH BARATOV,
*Plaintiff*

V.     **SUMMONS IN A CIVIL CASE**

THOMAS R. KANE, ET AL.,
*Defendant*

CASE NUMBER: **1-17-CV-03775-RMB-JS**

TO: *(Name and address of Defendant):*

Thomas R. Kane
Central Office HQ
320 First Street, NW
Washington, DC 20534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

JAIME KASSELMAN
(By) DEPUTY CLERK



ISSUED ON 2017-06-08 15:44:12, Clerk
USDC NJD

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7-19-17 |
| NAME OF SERVER (PRINT) Edward Bederman | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Mailed _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-19-17
              Date

Signature of Server: Edward Bederman

Address of Server: 911 Gladwyn Rd Warminster, PA 18974



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

PAUL J. FISHMAN
United States Attorney

CAMDEN FEDERAL BUILDING
& U.S. COURTHOUSE
401 Market Street, 4th Floor
Post Office Box 2098
Camden, New Jersey 08101-2098

856.757.5026
Fax: 856.968.4917

## RECEIPT FOR DOCUMENT / PACKAGE DELIVERY

Date Received: 7-19-17

Time Received: 3:10 pm

Delivery Method: Hand
(Hand, Clerk's Office, etc.)

Name Delivery Person: Edward Bederman

Business Address: 

Sender: Albert Mikhaylovich Baratov

Signature of Delivery Person: Edward Bederman

Name of USAO Employee
Receiving Document/Package: Devon Thikor (Street Clerk)

Document/Package Addressed to: _____

*[Stamp: U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED 2017 JUL 19 P 3:28]*