UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
=================================== :
ALBERT MIKHAYLOVICH BARATOV,   :
                      Plaintiff,        :        1:17-cv-03775-RMB-JS
                                       :
                                       :
      — *versus* —                 :
                                       :
                                       :
THOMAS R. KANE,                :
                  Defendant.    :
=================================== :

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned counsel hereby appears in this case on behalf

of Plaintiff, ALBERT MIKHAYLOVICH BARATOV.  Copies of all papers in this action

should be henceforth served upon him at the office address below.

Dated:  08 Oct 2018
        Somers, NY


                                    Yours, *etc*.,


                                  /s/ *Bernard V. Kleinman*
                                  Bernard V. Kleinman, Esq.
                                  Law Office of Bernard V. Kleinman, PLLC
                                  108 Village Square
                                  Suite 313
                                  Somers, NY 10589-2305
                                  Tel. 914.644.6660
                                  Fax 914.694.1647
                                  Email: attrnylwyr@yahoo.com