**NOT FOR PUBLICATION**

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

|  |  |  |
|---|---|---|
| ALBERT MIKHAYLOVICH BARATOV, | : | Civ. Action No. 17-3775 (RMB) |
| Plaintiff, | : |  |
| v. | : | **MEMORANDUM AND ORDER** |
| THOMAS R. KANE *et al.*, | : |  |
| Defendants. | : |  |

This matter comes before the Court upon the letter request of Bernard V. Kleinman. Esq. to represent Plaintiff in this matter. (Letter Request, ECF No. 17.) Mr. Kleinman is not admitted to the District of New Jersey and he does not seek permission to appear pro hac vice. (Id.)

On May 23, 2017, Plaintiff Albert Mikhaylovich Baratov, an inmate confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix") filed a civil action seeking declaratory and injunctive relief to have an ICE detainer that was lodged against him removed to allow consideration for his placement in a residential reentry center ("RRC"). (Compl., ECF No. 1.) On May 24, 2018, this Court dismissed the complaint without prejudice for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3) because the claims were not ripe. (Opinion and Order, ECF Nos. 11, 12.) On July 5, 2018, Plaintiff filed a pro se

motion for relief from judgment on the pleadings, which remains pending.

Local Civil Rule 101.1(c)(1) requires attorneys who are not admitted to this Court to bring a motion to appear pro hac vice. The present matter is not exempt from this requirement.

**IT IS** therefore on this **11th** day of **October 2018,**

**ORDERED** that the Clerk shall reopen this matter; and it is further

**ORDERED** that Mr. Kleinman's letter request (ECF No. 17) is denied without prejudice to him bringing a motion to appear pro hac vice; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
