**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| ALBERT MIKHAYLOVICH BARATOV, | : | Civ. Action No. 17-3775 (RMB) |
|  | : |  |
| Plaintiff, | : |  |
| v. | : | **ORDER** |
|  | : |  |
| THOMAS R. KANE *et al.*, | : |  |
|  | : |  |
| Defendants. | : |  |

For the reasons set forth in the accompanying Opinion;

**IT IS** therefore on this **22nd** day of **February 2019,**

**ORDERED** that Plaintiff's motion for judgment on the pleadings (ECF No. 15) is **GRANTED** in part pursuant to Federal Rule of Civil Procedure 60(b)(6); and it is further

**ORDERED** that the Opinion and Order dated May 24, 2018 (ECF Nos. 11 and 12) are **VACATED** pursuant to Fed. R. Civ. P. 60(b)(6); and it is further

**ORDERED** that the Clerk of Court shall reopen Defendants' motion to dismiss (ECF No. 7); and it is further

**ORDERED** that Plaintiff's claims against Defendant John Does #2-5 are dismissed without prejudice for failure to state a claim; and it is further

**ORDERED** that Plaintiff's Due Process Claims under Bivens are dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court shall file a copy of Plaintiff's Complaint (ECF No. 1) and the Federal Defendants' motion to dismiss (ECF No. 7) in a new action under 28 U.S.C. § 2241; the new action shall include the Warden of FCI Fort Dix as a Respondent; the Clerk shall enter a copy of this Order and the accompanying Opinion on the docket of the new action under 28 U.S.C. § 2241, and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion on Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**